## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

April 29, 2024



**VIA ECF**
Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Re:**   **Tonimarie Rhone v. Conselman Retail Enterprises, LLC - Case No. 123-cv-07577-JGLC**

To the Honorable Judge Jessica G. L. Clarke,

    Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated April 2, 2024 (Docket No. 16). The parties have reached a settlement in principle and are undertaking certain conditions precedent to the execution of a settlement agreement, and submission of a notice of dismissal. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 29, 2024 to May 29, 2024. This is the second request for this relief. Plaintiff has conferred with Defendant, and Defendant joins in this application.

    The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/ s / Noor A. Saab, Esq.*
*Attorney for Plaintiff*

Application GRANTED. The parties have until **May 29, 2024** for any application to reopen the action. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 30, 2024
      New York, New York